# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2447
_____

STEVEN BEEBE,

   Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

   Appellee.

_____


On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 30, 2020


PER CURIAM.

AFFIRMED. *See Jackson v. Parkhouse*, 826 So. 2d 478, 479 (Fla. 1st DCA 2002) (approving dismissal of mandamus petition because inmate did not meet his burden to "plead and prove that he had exhausted administrative remedies," where his petition failed to demonstrate that he completed his administrative appeal); *see also* Fla. Admin. Code R. 33-103.007(2) (requiring inmate to attach formal grievance, response, and any documentation pertinent to review that he wants reviewed; and providing that an incomplete grievance appeal will be returned to the inmate without action).

RAY, C.J., and ROWE and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Steven Beebe, pro se, Appellant.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellee.